UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY *CH* — D.C.
05 AUG 29 PM 2: 12
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

---

| | |
|---|---|
| **PENTECOSTAL TEMPLE INSTITUTIONAL CHURCH OF GOD IN CHRIST, INC.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **GUIDEONE INSURANCE, INC.,** | CASE NO: 2:04-2346-B |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order entered on July 21, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

/s/ J. Daniel Breen
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

8/25/05
Date

THOMAS M. GOULD
_____
Clerk of Court

/s/ Earline Drayer
**(By) Deputy Clerk**

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

(10)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02346 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Michael I. Less
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT